UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PHOENIX ENTERTAINMENT
PARTNERS, LLC, a North Carolina
LLC

      Plaintiff,

v.                                   Case No:   2:16-cv-400-FtM-99CM

COCOSALLY'S SPORTS BAR AND
GRILL, INC. and EDWARD
WILLIAMS,

      Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion for Extension of Time to Effect Service (Doc. 10) filed on September 21, 2016.  Plaintiff filed its Complaint in this matter on May 24, 2016.  Doc. 1.  Under the Federal Rules of Civil Procedure, Plaintiff was required to serve Defendants on or before August 22, 2016.  Fed. R. Civ. P. 4(m).  Plaintiff now seeks an extension of time up to and including December 20, 2016 to effect service of process on Defendants.  Doc. 10 at 1.  Plaintiff details the efforts of its process server of various unsuccessful attempts to serve Defendants since May 27, 2016.  *Id.*  Plaintiff requests the extension to further investigate Defendants' whereabouts and effect service on them.  *Id.* at 3.  Upon review of the motion, the Court finds that Plaintiff has diligently attempted to timely serve Defendants and has demonstrated good cause for its failure to do so.  The Court therefore will grant the motion and extend the time for service.

ACCORDINGLY, it is hereby

**ORDERED:**

Motion for Extension of Time to Effect Service (Doc. 10) is **GRANTED**. Plaintiff shall have up to and including **December 20, 2016**, during which to effectuate service of process.

**DONE** and **ORDERED** in Fort Myers, Florida on this 3rd day of October, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record